CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ERROL WERT,<br>    Plaintiff,<br>v.<br><br>JEFFERDS CORPORATION,<br>d/b/a HOMESTEAD MATERIAL<br>HANDLING COMPANY,<br>    Defendant. | Civil Action No. 7:07CV00053<br><br><br><br>**FINAL ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **GRANTED**. This matter is **STRICKEN** from the active docket of the court.

ENTER: This 24th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE