CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 2 5 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID ERROL WERT, | ) | Civil Action No. 7:07CV00053 |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JEFFERDS CORPORATION, | ) | **FINAL ORDER** |
| d/b/a HOMESTEAD MATERIAL | ) | |
| HANDLING COMPANY, | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendant's motion for summary judgment is **GRANTED**. This matter is **STRICKEN** from the active docket of the court.

ENTER: This 25th day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

13