CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 2 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID ERROL WERT, )<br>   Plaintiff, )<br>v. )<br> )<br>JEFFERDS CORPORATION, )<br>d/b/a HOMESTEAD MATERIAL )<br>HANDLING COMPANY, )<br>   Defendant. ) | Civil Action No. 7:07CV00053<br><br><br><br>**ORDER**<br><br>By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that plaintiff's motion for reconsideration is **DENIED**.

ENTER: This 12th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE